# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LUZZI, | Case No. 2:18-cv-01506 JVS (JDEx) |
| Plaintiff, | **JUDGMENT (AMENDED)** |
| vs. | |
| UNUM LIFE INSURANCE COMPANY OF AMERICA; HCL AMERICA INC. EMPLOYMENT BENEFIT PLAN and DOES 1 THROUGH 10, | Judge: Hon. James V. Selna |
| Defendants. | |

This matter came to Trial before the Court. The issues have been tried and heard and a decision has been rendered.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that

1. Judgment is entered in favor of Defendant Unum Life Insurance Company of America and against Plaintiff James Luzzi, in accordance with the Court's Order Regarding ERISA Bench Trial, dated January 3, 2020 (Dk. No. 50);

2. Plaintiff James Luzzi's Complaint is hereby dismissed, with respect to all claims for relief, as to all defendants, including Defendants Unum Life

Insurance Company of America, and HCL America Inc. Employment Benefit Plan, with prejudice;

3. Plaintiff James Luzzi shall take nothing by his Complaint;

4. Unum Life Insurance Company of America, and HCL America Inc. Employment Benefit Plan may seek to recover from Plaintiff James Luzzi costs of suit pursuant to 28 U.S.C. § 1920 and Local Rule 54-3, in a sum to be submitted with a Bill of Costs to be approved by this Court; and

5. As Defendants are the prevailing party in this litigation, they may apply to the Court for an award of attorneys' fees.

Dated: March 12, 2020

*/s/ James V. Selna*
Hon. James V. Selna
United States District Court Judge

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

173214.1

2

Case No. 2:18-cv-01506 JVS (JDEx)
[PROPOSED] JUDGMENT (AMENDED)